No. 79–1128. MONTANA ET AL. *v.* UNITED STATES ET AL., 450 U. S. 544. Motion of respondent United States for modification of opinion denied. Motion of National Tribal Chairmen's Association et al. for leave to file a brief as *amici curiae* granted. Petition for rehearing denied.

JUNE 8, 1981

No. 80–1716. LABOVE ET UX. *v.* CITY OF GROVES. Appeal from Sup. Ct. Tex. dismissed for want of jurisdiction.

No. 80–6515. CROSS *v.* SUNDIN ET AL. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–6541. PRENZLER *v.* STATE BAR OF ARIZONA. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this case.

No. 80–1509. THONE, GOVERNOR OF NEBRASKA, ET AL. *v.* WOMENS SERVICES, P. C., ET AL. Appeal from C. A. 8th Cir. Judgment vacated and case remanded for further consideration in light of *H. L. v. Matheson,* 450 U. S. 398 (1981). JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN dissent and would affirm the judgment.